1  Lindsay Demaree
   Nevada Bar No. 11949
2  Sylvia O. Semper
   Nevada Bar No. 12863
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   demareel@ballardspahr.com
6  sempers@ballardspahr.com

7  *Attorneys for Defendant*
   *Citibank Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTELA RAMIREZ, | CASE NO. 2:17-cv-02734 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK BANK TO RESPOND TO PLAINTIFF'S COMPLAINT |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., CITIGROUP, INC. DBA CITI AND EQUIFAX INFORMATION SERVICES, LLC., | |
| | (First Request) |
| Defendants. | |

Defendant Citibank Bank, N.A.'s (improperly named as Citigroup, Inc. *dba* Citi) ("Citi") response to Plaintiff Estela Ramirez's complaint currently is due December 22, 2017.  Citi has requested, and Plaintiff has agreed, that Citi has up to and including January 11, 2018 to respond to Plaintiff's complaint, to provide time for Citi to investigate Plaintiff's allegations and for the parties to discuss potential early resolution of the claims asserted against Citi.  This is the first request for such

*[Continued on following page.]*

an extension, and it is made in good faith and not for purposes of delay.

Dated: December 22, 2017

| BALLARD SPAHR LLP | Kazerouni Law Group, APC |
|---|---|
| By: /s/ Lindsay Demaree<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Citibank Bank, N.A.* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>David H. Krieger<br>HAINES & KRIEGER<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-22-2017