Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTELA RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.; CITIGROUP, INC. d/b/a CITI; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | **Case No. 2:17-cv-02734-JCM-NJK**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Estela Ramirez has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 27, 2017 through and including **January 10, 2018**. The request was made by Equifax in good faith, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted, this 27th day of December, 2017

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

***No opposition***

/s/ *Michael Kind*
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 405-1765
Email: mkind@kazlg.com

*Attorney for Plaintiff Estela Ramirez*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: 12-28-2017 _____

4816-4410-5561